Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 6, Sec. 101-112)

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

IO-10 (w)
Rev. 1/2000

| . Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PHILLIPS, THOMAS W. | EASTERN DISTRICT OF TENNESSE | 06/28/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE NOMINEE | X Nomination, Date 06/26/2002 <br><br> Initial  Annual  Final | 01/01/2001 to 06/28/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| HOWARD BAKER U.S. COURTHOUSE <br> 800 MARKET STREET, SUITE 145 <br> KNOXVILLE, TENNESSEE 37902 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 2000-02 | ONEIDA INDEPENDENT SCHOOL SYSTEM (TEACHER) | |

NCIAL DISCLOSURE REPORT | PHILLIPS, THOMAS W. | 06/28/2002

## REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*ides those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| | EXEMPT |

## GIFTS

*des those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| | EXEMPT | |

## LABILITIES

*hose of spouse and dependent children. See pp 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ONE (No reportable liabilities.) | | |

| | | | | |
|---|---|---|---|---|
| J=$15,000 or less | K=$15,001-$50,000 | L=$50,001 to $100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| =$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

## REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*ides those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| ANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PHILLIPS, THOMAS W. | Date of Report<br>06/28/2002 |

. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>escription of Assets<br>cluding trust assets)<br><br>ace "(X)" after each asset<br>empt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| J.C. BRADFORD-WALMART CST | A | Dividend | L | T | " | | | | |
| CD-1ST NAT'L BANK, ONEIDA, TN | A | Interest | | | " | | | | |
| CD-1ST NAT'L BANK, ONEIDA, TN | C | Interest | | | " | | | | |
| AXP CASH MANAGEMENT FUND | A | Dividend | K | T | " | | | | |
| AMEX INVESTMENT ACCT | | | | | " | | | | |
| - AMER SMALLCAP WORLD | A | Interest | | | " | | | | |
| - FIRST TRUST SPSIT TRUST | A | Interest | J | T | " | | | | |
| MEX INVESTMENT ACCT | | | | | " | | | | |
| - FIRST TRUST SPSIT TRUST | A | Interest | J | T | " | | | | |
| IEX TRUST CO. - IRA | | None | N | T | " | | | | |
| - AMEX FLEXIBLE PORTFOLIO NUITY | | | | | " | | | | |
| - AMEX NEW DIMENSIONS CLASS | | | | | " | | | | |
| AMEX BLUE CHIP ADVANTAGE SS A | | | | | " | | | | |
| AMEX STRATEGY AGGRESSIVE IS A | | | | | " | | | | |
| AXP PARTNERS VALUE FUND | | | | | " | | | | |
| AMEX INT'L CLASS A | | | | | " | | | | |
| MEX GLOBAL GROWTH CLASS A | | | | | " | | | | |

s: A=$1,000 or less      B=$1,001-$2,500      C=$2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
F=$50,001-$100,000      G=$100,001-$1,000,000      H1=$1,000,001-$5,000,000      H2=$5,000,001 or more

J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000      N=$250,001-$500,000
O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market
U=Book Value         V=Other                            W=Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **ANCIAL DISCLOSURE REPORT** | PHILLIPS, THOMAS W. | 06/28/2002 |

## . Page 2 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. escription of Assets (cluding trust assets)  *ace "(X)" after each asset empt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| - AXP INT'L SELECT VALUE FUND | | | | | " | | | | |
| AMEX - TRUST CO. - IRA | | None | L | T | " | | | | |
| - AMEX FLEXIBLE PORTFOLIO ANNUITY | | | | | " | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| odes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| 4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| ) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| des: Q=Appraisal | R=Cost (real estate only) | S=Assessment | | T=Cash/Market |
| U=Book Value | V=Other | W=Estimated | | |

Name of Person Reporting

PHILLIPS, THOMAS W.

Date of Report

06/28/2002

. ADDITIONAL INFORMATION OR EXPLANATIONS.

*ile part of report.)*

NCIAL DISCLOSURE REPORT

PHILLIPS, THOMAS W.

. ADDITIONAL INFORMATION OR EXPLANATIONS.

*ile part of report.)*

JUL 11 2002  18:38        JUDGE THOMAS W. PHILLIPS        423 545 4243   P.07/07

| | Name of Person Reporting | Date of Report |
|---|---|---|
| ANCIAL DISCLOSURE REPORT | PHILLIPS, THOMAS W. | 06/28/2002 |

## CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Thomas W. Phillips_         Date _6/28/02_

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544